IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EXIE TURPIN, #244 727 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CV-1094-ID |
| | ) | (WO) |
| THE ALABAMA DEPARTMENT OF | ) | |
| CORR., CLASSIFICATION | ) | |
| DIVISION, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the court are the Recommendation of the Magistrate Judge, (Doc. #8), and Plaintiff's Objection, (Doc. #10). Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objection (Doc. #10) be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #8) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. The Plaintiff's claims against the Alabama Department of Corrections, Classification Division, be DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

4. The Alabama Department of Corrections, Classification Division, be

        DISMISSED as a party to this complaint; and

5.     This case with respect to the remaining defendants be referred back to the United States Magistrate Judge for additional proceedings.

DONE this the 7th day of February, 2011.

                /s/ Ira Dement
                SENIOR UNITED STATES DISTRICT JUDGE